UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GREGG MYERS,                                : 08 CV 3546

        Plaintiff,              : **Judge: Charles L. Brieant**

      - against -                  : **RULE 7.1 CORPORATE**
                             **DISCLOSURE STATEMENT OF**
YAMAHA MOTOR CORPORATION, USA,  : **YAMAHA MOTOR**
                             **CORPORATION, USA**
        Defendant.             :

------------------------------------x

    Defendant, Yamaha Motor Corporation, USA (hereinafter "YMUS"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby certifies pursuant to Federal Rule 7.1:

    YMUS is wholly-owned by Yamaha Motor Company, Ltd. Yamaha Motor Company, Ltd. is a publicly traded corporation on the Tokyo Stock Exchange.

    This Disclosure is made to enable judges and magistrates of this court to evaluate possible disqualification or refusal.

Dated: White Plains, New York
       April 16, 2008

1955760.1

                                   _____
                                   Lorraine E.J. Gallagher  (LEG-5471)
                                   James P. Donovan, Esq.
                                   Wilson, Elser, Moskowitz,
                                   Edelman & Dicker, LLP
                                   *Attorneys for Yamaha Motor Corporation, USA*
                                   3 Gannett Drive
                                   White Plains, New York 10604
                                   Telephone: 914-323-7000
                                   File No.: 00210.30169

TO: Podolfsky, Hill, Orange & Modzelweski
     Attorneys for Plaintiff
     98 Cutter Mill Road
     Suite 299-North
     Great Neck, New York 11021
     Telephone: 516-487-7300
     Attn: Ira C. Podlofsky, Esq.

1955760.1

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

      Sinéad Racanello, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

      That on the 16th day of April, 2008, deponent served the within document(s) entitled **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF YAMAHA MOTOR CORPORATION, USA** upon:

      Podlofsky, Hill, Orange & Modzelweski
      98 Cutter Mill Road
      Suite 299-North
      Great Neck, New York 11021
      Attn. Ira C. Podlofsky, Esq.
      (516) 487-7300

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                  _____
                                                     Sinéad Racanello

Sworn to before me this
16th day of April, 2008

_____
Notary Public

ENZA PILLA-SKALA
Notary Public, State of New York
No. 01PI5017625
Qualified in Rockland County
Commission Expires on September 7, 20 09

1951275.1

James P. Donovan, Esq.
00210.30169

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

GREGG MYERS,

                              Plaintiff,

-against-

YAMAHA MOTOR CORPORATION, USA,

                              Defendant.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF YAMAHA MOTOR CORPORATION, USA

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Attorneys For*   Defendant

3 Gannett Drive
White Plains, NY 10604-3407
914.323.7000