# PODLOFSKY & ORANGE
## ATTORNEYS AT LAW

98 CUTTER MILL ROAD, SUITE 299-N
GREAT NECK, NEW YORK 11021
(516) 487-7300
FACSIMILE: (516) 504-6390

IRA C. PODLOFSKY
JAN H. ORANGE
JAMES MODZELEWSKI
SUSAN E. FRAZZETTO

LISSETTE LOPEZ
OFFICE MANAGER

May 29, 2008

**MEMO ENDORSED**

*Conference adjourned to July 11, 2008 @ 9:00 A.M. So ordered.*
*Charles L. Brieant*
*6/2/08   USDJ*

Via Facsimile-914-390-4085
Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: Myers v. Yamaha
Case No.: CV-3546-08   08 CV. 3546 (CLB)

Honorable Sir

    We represent the plaintiff in the above-referenced matter which is scheduled for conference, for the purpose of Case Management and scheduling, before you tomorrow, May 30th.

    I am writing to ask for a brief adjournment of the conference. We are in the process of seeking counsel for Mr. Myers with expertise in the vehicular products liability area. I believe we will have such new counsel structure in place within the next several weeks and it is, therefore, my wish that what will likely be new lead counsel be permitted to attend the Case Management and scheduling conference. I believe doing so would result in a more efficient and streamlined litigation, from the point of view of both sides and most importantly the Court, and I would ask that the requested adjournment be granted on that basis.

    With kind thanks for your attention to these issues, I remain,

Very truly yours,

Ira C. Podlofsky

cc:    Via Facsimile-914-323-7001
    Sheilagh DePeter
    Wilson Elser Moskowitz Edelman & Dicker
    3 Gannett Drive
    White Plains, NY 10604

ICP/bh