# PODLOFSKY & ORANGE
## ATTORNEYS AT LAW

98 CUTTER MILL ROAD, SUITE 299-N
GREAT NECK, NEW YORK 11021
(516) 487-7300
FACSIMILE: (516) 504-6390

IRA C. PODLOFSKY
JAN H. ORANGE
JAMES MODZELEWSKI
SUSAN E. FRAZZETTO

LISSETTE LOPEZ
----------------------
OFFICE MANAGER

June 2, 2008

**Via Facsimile -914-323-7001**
Sheilagh DePeter
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

Re: <u>Myers v. Yamaha</u>
<s>Case No.</s>: <u>CV-3546-08</u>

*[handwritten: 08 Civ. 3546 (C1B)]*

Dear Ms. DePeter:

Please be advised that the above-referenced matter which was adjourned by our office on May 30, 2008 has been rescheduled for the conference to be held on July 11, 2008 at 9am. Please mark your calendars accordingly.

Thank you for your attention to this matter.

With best regards, I remain,

Very truly yours,

Ira C. Podlofsky

cc:  **Via Facsimile-914-390-4085**
Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601
**Attention: Alice Cama**

ICP/bh